de Luca | Levine
SUBROGATION ATTORNEYS

**Joseph L. McGlynn**
*Direct:* 215.310.4731
*Cell:* 267.455.5119
jmcglynn@delucalevine.com

August 28, 2026

**Via Electronic Court Filing**
The Honorable Margaret M. Garnett
United States District Court
Southern District of New York
Thurgood Marshall United States Courtouse
40 Foley Square
New York, NY 10007

**Re: AmGuard Insurance Company v Edda Lennards & Jose Lopez**
**Civil Docket No.: 1:26-cv-01826**

Dear Judge Garnett:

I represent Plaintiff AmGuard Insurance Company in the above captioned matter. After conferring with defense counsel, Warren Holland, the parties have reached an agreement regarding their discovery dispute.

Further, and because discovery has been delayed somewhat, the parties also request a brief extension of the fact discovery deadline by thirty (30) days. No other previous requests for continuances have been made, and no other deadlines will be affected. The current fact discovery deadline is September 11, 2026.

The parties jointly request the following Order:

1. Compelling Defendants' Answers to Interrogatories and Responses to Request(s) to Produce within 14 days;
2. Compelling the Deposition of Defendants' Edda Lennards and Jose ~~Lenards~~ Lopez within 21 days; and
3. Extending the fact discovery deadline by 30 days to October 11, 2026.

We thank you for your time and attention to this matter.

**Very truly yours,**

de LUCA LEVINE LLC

**JOSEPH L. MCGLYNN**

JLM/cdg

GRANTED. Defendants shall answer Plaintiff's Interrogatories and respond to Plaintiff's Requests for Production no later than **September 11, 2026**. Defendants Edda Lennards and Jose Lopez shall submit themselves for depositions no later than **September 18, 2026**. The September 11, 2026 deadline for close of fact discovery is hereby EXTENDED to **October 11, 2026**. The conference previously scheduled for August 28, 2026 at 11:30 is CANCELLED.

SO ORDERED. Dated August 28, 2026.

HON. MARGARET M. GARNETT (on Part One)
UNITED STATES DISTRICT JUDGE